IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULA LOUISE CARTER, | ) |
| | ) |
| Petitioner/Defendant, | ) |
| | ) |
| vs. | ) CIVIL NO.  05-326-GPM |
| | ) |
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 98-30141-GPM |
| | ) |
| Respondent/Plaintiff. | ) |

# JUDGMENT

This action came before the Court for a ruling on Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the motion is **DENIED**, and this action is summarily **DISMISSED** on the merits.  Petitioner is to take nothing from this action.

05/09/06                                                               By: s/ G. Patrick Murphy
*Date*                                                                         *District Judge*